part in the consideration or decision of this petition.

No. 72–1529.  UNITED STATES *v.* DOWDY, *ante,* p. 823;

No. 72–1584.  DOWDY *v.* UNITED STATES, *ante,* p. 866;

No. 73–5091.  PERRY *v.* UNITED STATES, *ante,* p. 1005;

No. 73–5184.  ANDERSON *v.* UNITED STATES, *ante,* p. 1007;

No. 73–5298.  SLAUGHTER *v.* CALIFORNIA, *ante,* p. 1010;

No. 73–5334.  DURHAM *v.* MACDONALD, *ante,* p. 1027;

No. 73–5361.  RENDEL *v.* GOMES, PRISON SUPERINTENDENT, ET AL., *ante,* p. 1027; and

No. 73–5362.  HAMBURG ET UX. *v.* JONES ET UX., *ante,* p. 1027.  Petitions for rehearing denied.

No. 72–6810.  DULLES ET AL. *v.* FIDUCIARY TRUST Co., *ante,* p. 844.  Motion for leave to file petition for rehearing denied.

DECEMBER 20, 1973

No. A–608.  FEDERAL POWER COMMISSION *v.* CONSUMER FEDERATION OF AMERICA ET AL.  Application to vacate stay entered by the United States Court of Appeals for the District of Columbia Circuit presented to THE CHIEF JUSTICE, and by him referred to the Court, granted.  MR. JUSTICE DOUGLAS dissents from vacating stay.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this application.

JANUARY 7, 1974

No. 73–736.  KISTER ET AL. *v.* OHIO BOARD OF REGENTS ET AL.  Affirmed on appeal from D. C. S. D. Ohio.